FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 9 2010

JAMES N. HATTEN, CLERK
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERRY McCRIMON,  ) | |
| ) | |
| Plaintiff,  ) | CRIMINAL ACTION FILE |
| v.  ) | |
| ) | NUMBER 1:10-cv-538-TCB |
| CORE-MARK INTERNATIONAL,  ) | |
| INC.  ) | |
| ) | |
| Defendant.  ) | |

## O R D E R

Plaintiff, with the consent of Defendant, filed a stipulation of dismissal of this action [39]. Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ORDERED that this case be and is DISMISSED. Each party shall bear its own costs of litigation, including but not limited to attorneys' fees and court costs, except as previously consented to by the parties by written agreement. The Clerk is DIRECTED to close the case.

IT IS SO ORDERED this 19th day of July, 2010.

Timothy C. Batten, Sr.
United States District Judge